**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAYNARD VALLERY, | ) | NO. CV 08-7921-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL A. SMELOSKY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 13, 2009.

/S/ S. James Otero
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE